# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2005

128518

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MATTHEW LEE BURR,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128518
COA: 251329
Otsego CC: 00-002514-FC

_____/

On order of the Court, the application for leave to appeal the February 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would reverse the judgment of the Court of Appeals and remand this case to the Otsego Circuit Court for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2005

_____
Clerk

p1201